AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Melvin Brinson | )  Case No:    4:23CR00014-1 |
| | ) |
| | )  USM No:   43808-510 |
| Date of Original Judgment:          October 3, 2023 | ) |
| Date of Previous Amended Judgment: N/A | )  Daniel Christian Jenkins |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Former Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☒ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant was sentenced on October 3, 2023. The original sentence imposed (144 months of imprisonment) was a downward variance from the advisory guideline range in consideration of several factors outlined in 18 U.S.C. § 3553(a) and in consideration of the then-anticipated impact of Amendment 821. Retroactive application of Amendment 821 results in a reduction to the defendant's total criminal history score from four points to two points and a one-category reduction to the assigned criminal history category. Nonetheless, since the original sentence is less than the minimum of the amended guideline range, a further reduction in sentence is not authorized under 18 U.S.C. § 3582(c)(2). USSG §1B1.10(b)(2)(A). The Court has determined that the sentence originally imposed remains the appropriate sentence, given the specific facts of this case.

Except as otherwise provided, all provisions of the judgment dated _____October 3, 2023_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          April 7, 2026

Effective Date: _____
*(if different from order date)*                                    R. Stan Baker, Chief Judge
                                                                     United States District Court
                                                                     Southern District of Georgia